IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **DAVID STINEMAN, individually and on behalf of all others similarly situated,**   ]<br>]<br>]<br>**Plaintiff,**   ]<br>]<br>**v.**   ]<br>]<br>**FIRSTSOURCE ADVANTAGE, LLC, et al.,**   ]<br>]<br>**Defendants.**   ] | **5:17-cv-1351-UJH-KOB** |

## ORDER OF DISMISSAL

This matter comes before the court on the Plaintiff's "Notice of Voluntary Dismissal With Prejudice." (Doc. 10). The court DISMISSES all of Plaintiff's claims against the Defendants WITH PREJUDICE and DISMISSES all of the claims of the putative class members against the Defendants WITHOUT PREJUDICE, each party to bear his or its own costs.

DONE and ORDERED this 18th day of October, 2017.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE